# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| V.A.P., | : | No. 50 WM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| KATHRYN HENS-GRECO, NANCY | : | |
| AQUINO, RAMONA TROY, RAETONE | : | |
| MCKENZIE, | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 3rd day of August, 2018, the Application for Leave to File Original Process is GRANTED. The Petition for Writ of Habeas Corpus and the Application for Immediate Hearing are DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.